Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Marlee Waxelbaum**
marlee.waxelbaum@troutman.com

August 6, 2018

**VIA ECF AND FEDERAL EXPRESS**

Andrew P. Cooper
Mohen Cooper LLP
135 Crossway Park Drive
Suite 402
Woodbury, NY 11797

**Re:    The Money Source, Inc. v. LoanCare, LLC
         Civil Action No. 2:18-cv-03523**

Dear Counsel:

    Attached please find the following documents:

1. Defendant LoanCare LLC's ("LoanCare") Notice of Motion to Dismiss Plaintiff's First Amended Complaint;

2. LoanCare's Memorandum of Law in Support of Motion to Dismiss;

3. Declaration of Marlee Waxelbaum with Exhibits in Support of Motion to Dismiss; and

4. Certificate of Service.

    Based on the bundling rule in Judge Feuerstein's individual practices, LoanCare will file all of the motion documents when the motion has been fully briefed.

Sincerely,

*s/ Marlee Waxelbaum*
Marlee Waxelbaum